IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-30728--7 |
| | § | |
| CHARLES RANDALL TUCKER, | § | |
|     Debtor | § | CHAPTER 7 |
| | § | |
| LAKEVIEW LOAN SERVICING, LLC, | § | |
| | § | |
|     Movant | § | HEARING DATE: 04/08/2019 |
| | § | |
| v. | § | TIME:  01:30 PM |
| | § | |
| CHARLES RANDALL TUCKER; and RANDY W. WILLIAMS, Trustee | § § § | |
|     Respondents | § | JUDGE EDUARDO V. RODRIGUEZ |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AFTER HEARING**
**(This Order Resolves Docket # )**

      LAKEVIEW LOAN SERVICING, LLC ("Movant") filed a motion for relief from the automatic stay against

    4812 LORCA LANE
    LEAGUE CITY, TX  77573

    LOT SEVENTEEN (17), IN BLOCK ONE (1), OF FINAL PLAT MAR BELLA, SECTION 16-A, A SUBDIVISION IN GALVESTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT RECORD 2014A, MAP NUMBERS 122 AND 123 OF THE MAP RECORDS OF GALVESTON COUNTY, TEXAS.

(the "Property").  Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

    _____      Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

    _____      The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

    _____      The debtor filed a response that the debtor was unable to admit or deny the allegations,  the debtor failed to appear at the hearing, and

|                | no other party opposed the requested relief. |
|---|---|
| _____ | After hearing, and for the reasons stated on the record, relief from the stay is granted. |
| _____ | No timely response was filed. Accordingly, the motion is granted by default. |
| _____ | As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. |

Accordingly, it is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

|                | |
|---|---|
| _____ | Movant is awarded attorneys fees in the amount of $_____. |
| _____ | The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record. |