EXHIBIT

A

# Payment history 3/7/16 – 3/1/2019

# OLDEST 03-07-16









## 2017









2018







## 2019





```
                                    FLAGSTAR BANK, FSB                    LOAN HISTORY Y-T-D INV G3J CAT 100                              T11 12/31/16
                                                                                                                                          PAGE   32202
OLN#                      CHARLES R TUCKER                                                                                          EMP 0      P0F0

                                                                         4812 LORCA LN                                              TX 775736840
01ST MTGE PRIN  2ND MTGE PRIN   ESC BAL       REST ESC         SUSPENSE        ADV BAL       LEAGUE CITY                           INT DUE DUE DATE  HUD PRT OF M
     258,121.87          .00    2645.91           .00               .00           .00       REPL RES  HUD BAL       LC BAL             .00 02-01-17   .00 00 0
0 P & I 1ST  P&I  2ND    CO TAX CITY TAX    HAZ INS             M I P          LIEN               .00      .00          .00        TOT PAYMT INT RATE DT BM
    1217.79      .00     573.07      .00    134.83              181.53        94.76         LIFE       MISC          REP RES            2201.98 .0375000  1  9
0   1ST ORIG MTG  2ND ORIG MTG           PRIN BAL BEG           INT IND       CAP FLAG MTGR   .00  0         .00  0        .00      PPD INT  PPD IND  GPM ORG
        262,957             0                 262,957.00                               450 11 SSN                 PRIOR YR              0.00              0
0ASSUM-DT XFER-DEED FHA-SEC/NUM          LIP PAYOFF FC-TRK-SW YE-ACQ-RPT/DATE  SALE-ID EXEMPT PLGD-LN PMT-OPT CALC-METH ELOC BNKRPCY CH/DT
0PMT PERIOD 1098-DET-HIST POINTS-PAID/RPTG YR                  Y/01-13-16                   5370                                0.00
    12                                        .00            SUPPR-MICR-STMT   DI-NOT-RPT-YR  REAS CAUS   RI-HDR-SW   1ST-DUE-DT  REO STAT/COMPL DT
0IOE CREDIT YTD/W-H SW/W-H BALANCE       IORE CREDIT YTD/W-H SW/W-H BALANCE   CONSTR CD   NO PURGE FLAG/YR    02-16
         .00                .00                .00                               .00                          BNKRPT STAT     LAST DEF DUE
OREC CORP ADV BAL       3RD REC CORP ADV BAL                 FORECL WKST CODE/REINSTATE DATE   INIT ESC STMT CODE / DATE                            01-46
         .00               .00                                                                             9      01-23-16     LOSS MIT STATUS/COMPL DATE
0 DUE    PROC     TP  SQ   AMOUNT      PRINCIPAL    PRINCIPAL     INTEREST   ESCROW    ESCROW    ADVANCE      STATUS     STATUS    UNEARNED          OTHER   CFD
  DATE   DATE        TR NO RECEIVED    PAID         BALANCE       PAID       PAID      BALANCE   BALANCE      AMOUNT     BALANCE   INT-BAL.          AMOUNTS DCT
  BAL-FWD                                           262957.00                                       .00         .00         .00        .00              .00 WB
  02-16 01-13  1 42   1         .00    262957.00-   262957.00          .00       .00       .00      .00                                                 .00 WB1
                                                                                                              BATCH [1] EDIT-SEQ 269064
  02-16 01-13  1 70   2     2407.98        .00      262957.00          .00   2407.98   2407.98      .00         .00         .00        .00              .00 WB1
                                                                                                              BATCH 9EL EDIT-SEQ 269067
  02-16 01-26  1 73   1     2201.98       396.05    262560.95      821.74     984.19   3392.17      .00         .00         .00        .00              .00 WB1
                                                                                                              PRV-PD FROM: 01-13-16 THRU: 01-26-16
                                                                                                              BATCH 40E EDIT-SEQ 239350
  01-17 02-05  3 10   1    CHECK #WIRE                                        181.53-  3210.64                PAYEE CD RBP
  03-16 02-19  1 72   1      2201.98      397.29    262163.66      820.50     984.19   4194.83      .00         .00         .00        .00              .00 WB1
                                                                                                              MPL-ID GLB2
                                                                                                              PRV-PD FROM: 01-26-16 THRU: 02-19-16
                                                                                                                                                  54.70 AA
                                                                                                              BATCH 85A EDIT-SEQ 051618
  01-17 03-07  3 10   1    CHECK #WIRE                                                 4013.30                PAYEE CD RBP
  04-16 03-18  1 72   1      2201.98      398.53    261765.13      819.26     181.53-  4997.49      .00         .00         .00        .00              .00 WB1
                                                                                       984.19
                                                                                                              MPL-ID GLB2
                                                                                                              PRV-PD FROM: 02-19-16 THRU: 03-18-16
                                                                                                                                                  54.62 AA
                                                                                                              BATCH 85A EDIT-SEQ 100529
  01-17 04-07  3 10   1    CHECK #WIRE                                                 4815.96                PAYEE CD RBP
  05-16 04-18  1 72   1      2201.98      399.77    261365.36      818.02     181.53-  5800.15      .00         .00         .00        .00              .00 WB1
                                                                                       984.19
                                                                                                              MPL-ID GLB2
                                                                                                              PRV-PD FROM: 03-18-16 THRU: 04-18-16
                                                                                                                                                  54.53 AA
                                                                                                              BATCH 85A EDIT-SEQ 187827
  01-17 05-06  3 10   1    CHECK #WIRE                                        181.53-  5618.62                PAYEE CD RBP
```

```
                                    FLAGSTAR BANK, FSB                           LOAN HISTORY Y-T-D INV G3J CAT 100            Γ11 12/31/16
                                                                                                                               PAGE   32203
                            CHARLES R TUCKER                                                                    EMP  0         POFO
 U DUE   PROC   1F     OU   AMOUNT    PRINCIPAL   PRINCIPAL   INTEREST   ESCROW    ESCROW    ADVANCE   STATUS    STATUS    UNEARNED    OTHER     CFD
 DATE    DATE   TR NO   RECEIVED       PAID       BALANCE      PAID      PAID      BALANCE   BALANCE   AMOUNT    BALANCE    INT-BAL.  AMOUNTS  DCT
 06-16   05-20  1 72   1    2201.98    401.02    260964.34    816.77    984.19    6602.81      .00       .00       .00        .00       .00    WB1
                                                                                                        MPL-ID GLB2
                                                                                                        PRV-PD FROM: 04-18-16  THRU: 05-20-16  54.45 AA
 01-17   06-07  3 10   1   CHECK #WIRE                                                                  BATCH 85A EDIT-SEQ 064056
 07-16   06-20  1 72   1    2201.98    402.28    260562.06    815.51    181.53-   6421.28      .00     PAYEE CD RBP
                                                                        984.19    7405.47              .00       .00                    .00    WB1
                                                                                                        MPL-ID GLB2
                                                                                                        PRV-PD FROM: 05-20-16  THRU: 06-20-16  54.37 AA
 01-17   07-07  3 10   1   CHECK #WIRE                                                                  BATCH 85A EDIT-SEQ 306160
 08-16   07-20  1 72   1    2201.98    403.53    260158.53    814.26    181.53-   7223.94      .00     PAYEE CD RBP
                                                                        984.19    8208.13              .00       .00                    .00    WB1
                                                                                                        MPL-ID GLB2
                                                                                                        PRV-PD FROM: 06-20-16  THRU: 07-20-16  54.28 AA
 01-17   08-05  3 10   1   CHECK #WIRE                                                                  BATCH 85A EDIT-SEQ 199848
 09-16   08-19  1 72   1    2201.98    404.79    259753.74    813.00    181.53-   8026.60      .00     PAYEE CD RBP
                                                                        984.19    9010.79              .00       .00                    .00    WB1
                                                                                                        MPL-ID GLB2
                                                                                                        PRV-PD FROM: 07-20-16  THRU: 08-19-16  54.20 AA
 01-17   09-07  3 10   1   CHECK #WIRE                                                                  BATCH 85A EDIT-SEQ 063342
 10-16   09-21  1 72   1    2201.98    406.06    259347.68    811.73    181.53-   8829.26      .00     PAYEE CD RBP
                                                                        984.19    9813.45              .00       .00                    .00    WB1
                                                                                                        MPL-ID GLB2
                                                                                                        PRV-PD FROM: 08-19-16  THRU: 09-21-16  54.12 AA
 01-17   10-07  3 10   1   CHECK #WIRE                                                                  BATCH 85A EDIT-SEQ 222579
 11-16   10-20  1 72   1    2201.98    407.33    258940.35    810.46    181.53-   9631.92      .00     PAYEE CD RBP
                                                                        984.19   10616.11              .00       .00                    .00    WB1
                                                                                                        MPL-ID GLB2
                                                                                                        PRV-PD FROM: 09-21-16  THRU: 10-20-16  54.03 AA
 00-00   10-27  6 10   1       .00 PROCES MIP   REASON MPLT MIP LATE   CHG/INT    CORP:SEQ              BATCH 85A EDIT-SEQ 213699
                           CHECK #WIRE                                                                 PAYEE 90N32    ORIG PAY F.H.A.            7.26 AN
 01-17   11-07  3 10   1   CHECK #WIRE
 12-16   11-21  1 72   1    2201.98    408.60    258531.75    809.19    181.53-  10434.58      .00     PAYEE CD RBP
                                                                        984.19   11418.77              .00       .00                    .00    WB1
                                                                                                        MPL-ID GLB2
                                                                                                        PRV-PD FROM: 10-20-16  THRU: 11-21-16  53.95 AA
 12-16   11-22  3 14   1   CHECK #631082        MICR CHECK #0001631082  2991.09-  8427.68              BATCH 85A EDIT-SEQ 215476
 12-16   11-22  3 51   2   CHECK #WIRE                                  1893.00-  6534.68              PAYEE CD 421679530
                                                                                                       PAYEE CD JPREF
```

```
LOAN-NO (CONT'D)           FLAGSTAR BANK, FSB                              LOAN HISTORY Y-T-D INV G3J CAT 100                      PAGE 32204
                      ARLES R TUCKER                                                                                          EMP 0        POFO
0 DUE  PROC    TP SQ    AMOUNT    PRINCIPAL  PRINCIPAL  INTEREST   ESCROW    ESCROW    ADVANCE   STATUS        STATUS      UNEARNED     OTHER     CFD
  DATE DATE    TR NO   RECEIVED     PAID      BALANCE     PAID      PAID    BALANCE   BALANCE   AMOUNT       BALANCE      INT-BAL.    AMOUNTS   DCT
12-16 12-06  3 12 1             CHECK #642542  MICR CHECK #0001642542   2254.69-  4279.99             PAYEE CD 421670000
01-17 12-07  3 10 1             CHECK #WIRE                              181.53-  4098.46             PAYEE CD RBP
12-16 12-13  3 16 1             CHECK #646408  MICR CHECK #0001646408   2436.74-  1661.72             PAYEE CD 421670046
01-17 12-20  1 72 1    2201.98    409.88      258121.87    807.91    984.19  2645.91       .00                      .00        .00                .00 WB1

                                                                                                 MPL-ID GLB2
                                                                                                 PRV-PD FROM: 11-21-16 THRU: 12-20-16    53.86 AA

OREQ-BY TOTALS   28,831.74    4,835.13         9,778.35          14,218.26                                BATCH 85A EDIT-SEQ 062867     604.37
  Y/E
OOTHER AMOUNT CODES:
A =FHA-PENALTY            B =                    C =235-FEE              D =                    E =CHG-OWNER-FEE-PD      F =MISC
G =SER-INT-PD TO POOL     H =                    I =A-H-PD               J =LIFE-PD             K =INT-DUE-PD            L =
M =ADVANCE-EFF-DATE       N =ADVANCE-MEMO-AMT    O =                     P =ACCRUED-IOE/IORE    Q =SCHED-PMT-DUE-AMT     R =UE-INT-AMT
S =CR-LIFE-AMT            T =ORIG-FEE-AMT        U =REAPPLICATION-FEE    V =ESCROW-ADVANCE      W =SUSPENSE              X =REPLACEMENT-RESERVE
Y =HUD-FUND               Z =RESTRICTED-ESCROW   AA=SER-FEE-PD           AB=DEF/CAP-INT-PD      AC=LF-DEF/CAP-INT-PD     AD=CHECK-NO
AE=DEF/CAP-INT-LTD-PD     AF=LF-DEF/CAP-INT-LTD  AG=SUB-CODE             AH=                    AI=                      AJ=DEF-INT-ADJ-FLAG
AK=ADV-AMT-RECD           AL=TRAN-SOURCE         AM=IOC-SPEC-INT-PD      AN=NON-REC-CORP-ADV    AO=                      AP=DATE-STAMP
AQ=TIME-STAMP             AR=MTGR-REC-CORP-ADV   AS=PREV-POSTED          AT=3RD-REC=CORP-ADV    AU=                      AV=
AW=                       AX=                    AY=ADJ YE 1098 IND      AZ=
P1=1ST PRIN BAL           P2=2ND PRIN BAL        WB=SUSP BAL
FEE CODES:                1 =LATE-CHARGE         2 =BAD-CK-FEE           3 =CHG-OWNER           $=ELOC-FEE
```

```
                                    FLAGSTAR BANK, FSB                   LOAN HISTORY Y-T-D INV G3J CAT 100                        1,12/31/17
                                                                                                                                   AGE  76912
OLN#                           CHARLES R TUCKER                                                                    EMP 0           POFO

                                                     4812 LORCA LN                     LEAGUE CITY         TX 775736840
01ST MTGE PRIN 2ND MTGE PRIN     ESC BAL     REST ESC      SUSPENSE     ADV BAL   REPL RES  HUD BAL  LC BAL    INT DUE DUE DATE HUD PRT OF M
    253,102.27            .00    1613.51        .00             .00        .00       .00      .00      .00          .00 02-01-18    .00 00 0
 0 P & I 1ST  P&I 2ND    CO TAX CITY TAX   HAZ INS     M I P    LIEN     BSC A & H    LIFE    MISC      REP RES    TOT PAYMT INT RATE DT BM
    1217.79        .00    187.89              157.75    178.10   452.32    .00  0     .00     .00           .00         2193.85 .037500 1  9
 0  1ST ORIG MTG  2ND ORIG MTG        PRIN BAL BEG     INT IND  CAP FLAG MTGR SSN     DEF INT BAL   PRIOR YR PPD INT    PPD INT IND GPM ORG
        262,957          0             258,121.87                         450 11 5370             0.00            0.00                   0
OASSUM-DT XFER-DEED FHB-SEC/NUM   L.TD DAYOFF FC-TRK-SW YE-ACQ-RPT/DATE   SALE-ID EXEMPT PLGD-LN PMT-OPT CALC-METH ELOC BNKRPCY CH/DT
                                                             Y/01-13-16
OPMT PERIOD  1098                     RPTG YR   SUPPR-MICR-STMT  DI-NOT-RPT-YR   REAS CAUS  RI-HDR-SW  1ST-DUE-DT   REO STAT/COMPL DT
    12                                                                                                  02-16
OIOE CREDIT YTD/W-H  SW/W-H BALANCE      IORE CREDIT YTD/W-H SW/W-H BALANCE      CONSTR CD   NO PURGE FLAG/YR    BNKRPT STAT      LAST DEF DUE
          .00                 .00                    .00                                                                              01-46
OREC CORP ADV BAL    3RD REC CORP ADV BAL      FORECL WKST CODE/REINSTATE DATE     INIT ESC STMT CODE / DATE    LOSS MIT STATUS/COMPL DATE
           .00                 .00                                                         9              01-23-16
 O DUE  PROC   TP    SQ   AMOUNT    PRINCIPAL  PRINCIPAL    INTEREST  ESCROW    ESCROW    ADVANCE   STATUS    STATUS     UNEARNED     OTHER   CFD
  DATE  DATE   TR    NO   RECEIVED  PAID       BALANCE      PAID      PAID      BALANCE   BALANCE   AMOUNT    BALANCE    INT-BAL.     AMOUNTS DCT
BAL-FWD                                        258121.87                        2645.91      .00      .00        .00         .00         .00  WB
 01-17  01-06  3 10  1    CHECK #WIRE                                 181.53-   2464.38
 02-17  01-20  1 72  1    2201.98    411.16    257710.71    806.63    984.19    3448.57      .00   PAYEE CD RBP                          .00  WB1
                                                                                                      .00        .00          .00
                                                                                                   MPL-ID GLB2
                                                                                                   PRV-PD FROM: 12-20-16  THRU: 01-20-17
                                                                                                                                 53.78 AA
                                                                                                   BATCH 85A EDIT-SEQ 271957
 00-00  01-23  3 07  1    CHECK #677086      MICR CHECK #0001677086   78.63-   3369.94             PAYEE CD
 01-18  02-07  3 10  1    CHECK #WIRE                                 178.10-   3191.84            PAYEE CD RBP
 03-17  02-21  1 72  1    2193.85    412.44    257298.27    805.35    976.06    4167.90      .00      .00        .00         .00         .00  WB1
                                                                                                   MPL-ID GLB2
                                                                                                   PRV-PD FROM: 01-20-17  THRU: 02-21-17
                                                                                                                                 53.69 AA
                                                                                                   BATCH 85A EDIT-SEQ 086746
 01-18  03-07  3 10  1    CHECK #WIRE                                 178.10-   3989.80            PAYEE CD RBP
 04-17  03-22  1 72  1    2193.85    413.73    256884.54    804.06    976.06    4965.86      .00      .00        .00         .00         .00  WB1
                                                                                                   MPL-ID GLB2
                                                                                                   PRV-PD FROM: 02-21-17  THRU: 03-22-17
                                                                                                                                 53.60 AA
                                                                                                   BATCH 85A EDIT-SEQ 187296
 01-18  04-07  3 10  1    CHECK #WIRE                                 178.10-   4787.76            PAYEE CD RBP
 05-17  04-21  1 72  1    2193.85    415.03    256469.51    802.76    976.06    5763.82      .00      .00        .00         .00         .00  WB1
                                                                                                   MPL-ID GLB2
                                                                                                   PRV-PD FROM: 03-22-17  THRU: 04-21-17
                                                                                                                                 53.52 AA
                                                                                                   BATCH 85A EDIT-SEQ 057255
```

```
                              FLAGSTAR BANK, FSB                    LOAN HISTORY Y-T-D INV G3J CAT 100                          T11 12/31/17
                                                                                                                                PAGE    76913
                                                                                                                                POF0        0
                      CHARLES R TUCKER
          TR    NO    AMOUNT    PRINCIPAL   PRINCIPAL   INTEREST   ESCROW    ESCROW     ADVANCE   STATUS           STATUS   EMP UNEARNED   OTHER      CFD
  DATE  DATE          RECEIVED  PAID        BALANCE     PAID       PAID      BALANCE    BALANCE   AMOUNT           BALANCE      INT-BAL.   AMOUNTS    DCT
01-18 05-05 3 10 1            CHECK #WIRE                                                         PAYEE CD RBP
06-17 05-22 1 72 1            2193.85       416.32  256053.19  801.47                       .00         .00           .00          .00          .00 WB1
                                                                                                  MPL-ID GLB2
                                                                                                  PRV-PD FROM: 04-21-17  THRU: 05-22-17
                                                                                                                                          53.43 AA
                                                                                                  BATCH 85A EDIT-SEQ 160646
01-18 06-07 3 10 1            CHECK #WIRE                                                         PAYEE CD RBP
07-17 06-22 1 72 1            2193.85       417.62  255635.57  800.17   178.10-  6383.68    .00         .00           .00          .00          .00 WB1
                                                                        976.06   7359.74
                                                                                                  MPL-ID GLB2
                                                                                                  PRV-PD FROM: 05-22-17  THRU: 06-22-17
                                                                                                                                          53.34 AA
                                                                                                  BATCH 85A EDIT-SEQ 132629
01-18 07-07 3 10 1            CHECK #WIRE                                                         PAYEE CD RBP
08-17 07-21 1 72 1            2193.85       418.93  255216.64  798.86   178.10-  7181.64    .00         .00           .00          .00          .00 WB1
                                                                        976.06   8157.70
                                                                                                  MPL-ID GLB2
                                                                                                  PRV-PD FROM: 06-22-17  THRU: 07-21-17
                                                                                                                                          53.26 AA
                                                                                                  BATCH 85A EDIT-SEQ 085312
01-18 08-07 3 10 1            CHECK #WIRE                                                         PAYEE CD RBP
09-17 08-22 1 72 1            2193.85       420.24  254796.40  797.55   178.10-  7979.60    .00         .00           .00          .00          .00 WB1
                                                                        976.06   8955.66
                                                                                                  MPL-ID GLB2
                                                                                                  PRV-PD FROM: 07-21-17  THRU: 08-22-17
                                                                                                                                          53.17 AA
                                                                                                  BATCH 85A EDIT-SEQ 216897
01-18 09-07 3 10 1            CHECK #WIRE                                                         PAYEE CD RBP
10-17 09-22 1 72 1            2193.85       421.55  254374.85  796.24   178.10-  8777.56    .00         .00           .00          .00          .00 WB1
                                                                        976.06   9753.62
                                                                                                  MPL-ID GLB2
                                                                                                  PRV-PD FROM: 08-22-17  THRU: 09-22-17
                                                                                                                                          53.08 AA
                                                                                                  BATCH 85A EDIT-SEQ 160410
01-18 10-06 3 10 1            CHECK #WIRE                                                         PAYEE CD RBP
11-17 10-20 1 72 1            2193.85       422.87  253951.98  794.92   178.10-  9575.52    .00         .00           .00          .00          .00 WB1
                                                                        976.06  10551.58
                                                                                                  MPL-ID GLB2
                                                                                                  PRV-PD FROM: 09-22-17  THRU: 10-20-17
                                                                                                                                          52.99 AA
                                                                                                  BATCH 85A EDIT-SEQ 253958
01-18 11-07 3 10 1            CHECK #WIRE                                                         PAYEE CD RBP
12-17 11-16 3 12 1            CHECK #830986           MICR CHECK #0001830986    178.10- 10373.48  PAYEE CD 421670000
12-17 11-22 3 51 1            CHECK #WIRE                                     2468.91-  7904.57   PAYEE CD JPREF
12-17 11-24 1 72 1            2193.85       424.19  253527.79  793.60  2170.00-  5734.57    .00         .00           .00          .00          .00 WB1
                                                                        976.06   6710.63
                                                                                                  MPL-ID GLB2
                                                                                                  PRV-PD FROM: 10-20-17  THRU: 11-24-17
                                                                                                                                          52.91 AA
                                                                                                  BATCH 85A EDIT-SEQ 241427
12-17 12-04 3 14 1            CHECK #843206           MICR CHECK #0001843206  3325.20-  3385.43   PAYEE CD 421679530
```

```
                                      FLAGSTAR BANK, FSB                              LOAN HISTORY Y-T-D INV G3J CAT 10(            r11 12/31/17
                                                                                                                                    PAGE   76914
                            CHARLES R TUCKER
                            AMOUNT     PRINCIPAL                                                                         EMP   0
 O DUE   PROC  TP     SQ    RECEIVED    PAID     PRINCIPAL   INTEREST   ESCROW   ESCROW    ADVANCE   STATUS    STATUS    UNEARNED    POFO
 DATE    DATE       TR NO   CHECK #WIRE           BALANCE     PAID       PAID   BALANCE    BALANCE   AMOUNT   BALANCE    INT-BAL.    OTHER    CFD
 01-18  12-07  3 10    1                                                178.10- 3207.33             PAYEE CD  RBP                    AMOUNTS  DCT
 12-17  12-19  3 16    1    CHECK #859104    MICR CHECK #0001859104     2569.88-  637.45            PAYEE CD 421670046
 01-18  12-21  1 72    1    2193.85     425.52   253102.27    792.27     976.06 1613.51      .00        .00        .00         .00          .00 WB1

                                                                                           MPL-ID GLB2
                                                                                           PRV-PD FROM: 11-24-17  THRU: 12-21-17
                                                                                                                                   52.82 AA
 OREQ-BY TOTALS       26,334.33            9,593.88                                        BATCH 85A EDIT-SEQ 125590
     Y/E                        5,019.60                 11,720.85                           .00                                   639.59
 OOTHER AMOUNT CODES:
  A =FHA-PENALTY         B =                      C =235-FEE        D =                   E =CHG-OWNER-FEE-PD         F =MISC
  G =SER-INT-PD TO POOL  H =                      I =A-H-PD         J =LIFE-PD            K =INT-DUE-PD               L =
  M =ADVANCE-EFF-DATE    N =ADVANCE-MEMO-AMT      O =               P =ACCRUED-IOE/IORE   Q =SCHED-PMT-DUE-AMT        R =UE-INT-AMT
  S =CR-LIFE-AMT         T =ORIG-FEE-AMT          U =REAPPLICATION-FEE  V =ESCROW-ADVANCE W =SUSPENSE                 X =REPLACEMENT-RESERVE
  Y =HUD-FUND            Z =RESTRICTED-ESCROW    AA=SER-FEE-PD      AB=DEF/CAP-INT-PD     AC=LF-DEF/CAP-INT-PD        AD=CHECK-NO
  AE=DEF/CAP-INT-LTD-PD  AF=LF-DEF/CAP-INT-LTD   AG=SUB-CODE        AH=                   AI=                         AJ=DEF-INT-ADJ-FLAG
  AK=ADV-AMT-RECD        AL=TRAN-SOURCE          AM=IOC-SPEC-INT-PD AN=NON-REC-CORP-ADV   AO=                         AP=DATE-STAMP
  AQ=TIME-STAMP          AR=MTGR-REC-CORP-ADV    AS=PREV-POSTED     AT=3RD-REC=CORP-ADV   AU=                         AV=
  AW=                    AX=                     AY=ADJ YE 1098 IND AZ=
  P1=1ST PRIN BAL        P2=2ND PRIN BAL         WB=SUSP BAL
  FEE CODES:             1=LATE-CHARGE           2=BAD-CK-FEE       3=CHG-OWNER           $=ELOC-FEE
```

# Transaction Types and Codes

| Code | Description |
|---|---|
| 110 | F/C Dept. Attorney Advance |
| 111 | F/C Dept Property Preservation |
| 112 | F/C Dept Statutory Expense |
| 113 | F/C Deposit |
| 114 | F/C Deposit |
| 118 | Interest Accrued Monthly |
| 121 | Loan Payment Due Date Change |
| 132 | L/C being Waived from loan |
| 142 | New Loan set-up (change to Prin) |
| 143 | Non-Cash balance adjustment |
| 144 | Redistribution of P&I |
| 145 | Restricted money adjustment |
| 146 | Bad Check reversal (short form) |
| *147 | Reversal of Misapplied Payment |
| *148 | Bad Check Reversal (long form) |
| *152 | L/C applied to acct (16th of Month) |
| 156 | Servicing Release |
| 158 | Sold Servicing Released |
| *160 | Interest paid to the escrow account |
| 161 | Escrow advance |
| 162 | MIP/PMI Refund Deposit |
| *163 | Hazard Ins Prem refunded to escrow |
| *164 | Tax Refund |
| 165 | Lien Refund |
| 166 | Special Deposit to Escrow |
| 167 | HUD Subsidy Deposit |
| *168 | Escrow Advance Recovery |
| 169 | Deposit to Restricted Escrow |
| *170 | Initial Escrow Deposit |
| 171 | Mort. Pmt applied by coupon |
| *172 | Modified Payment applied |
| *173 | Irregular/Non-coupon pmt |
| 174 | Pmt from Escrow – Irregular pmt |
| 175 | Additional Principal payment |
| 179 | Special Opt Ins pmt or reversal |
| 181 | Loan Paid in Full |
| 182 | Loan removed through F/C Action |
| 183 | Pool Payoff interest paid by servicer |
| 301 | Misc. Escrow Disbursement |
| 302 | Refund Assistance to HUD |
| 303 | Replace Reserve Disbursement |
| 304 | Restricted Escrow Disbursement |
| 305 | Escrow Disbursement |
| 306 | Overage in Escrow refunded to mort. |
| 307 | Escrow refund to mort on PIF loan |
| *310 | Mortgage Ins Disbursement |
| *311 | Tax Disbursed for Consolidated Taxes |
| *312 | Tax Disbursement for County Taxes |
| *313 | Tax Disbursement for City Taxes |
| 314 | Lien/Assessment Disbursement |
| 315 | Borough tax or Condo Charge disbursed |
| 316 | Township Tax Disbursed |
| 317 | Town Tax Disbursed |
| 318 | Village Tax Disbursed |
| 319 | Utility Tax Disbursed |
| 320 | Land Tax Disbursed |
| 321 | Public Utility District (Texas) |
| 322 | Sanitation/Garbage |
| 323 | Non-tax Lien |
| 324 | Fire, Hydrant |
| 325 | Paving Tax & Improvement Tax |
| 326 | Add. Consolidated City Tax |
| 327 | Condo Assessment |
| 328 | Bond Tax |
| 329 | Special Assessment |
| 330 | Attorney Preservation |
| 331 | Property Preservation |
| 332 | Statutory Expenses |
| 333 | Misc. F/C Expense |
| *351 | Hazard Ins. Disbursement |
| 352 | Flood Ins. Disbursed |
| 353 | Windstorm Ins Disbursed |
| 354 | Earthquake Ins. Disbursed |
| 355 | Add. Hazard Ins Disbursed (condo) |
| 493 | Interest rate change/ARM Loan |
| 494 | ARM conversion |
| 601 | Misc. Corp Disbursement |
| 630 | Attorney Advance Disbursement |
| 631 | Property Inspection/Maintenance |
| 632 | Attorney Costs |
| 633 | Misc. Expense (F/C, BK, REO) |
| 710 | Attorney Advance Repayment |
| 712 | Statutory Expense Repayment |
| 713 | REO |
| 714 | F/C Investor Repayment |
| 745 | Corp Advance Adjustment |
| 766 | Misc. Repayment |