

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/04/2019

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-30728--7 |
| | § | |
| CHARLES RANDALL TUCKER, | § | |
|     Debtor | § | CHAPTER 7 |
| | § | |
| LAKEVIEW LOAN SERVICING, LLC, | § | |
| | § | |
|     Movant | § | HEARING DATE: 04/08/2019 |
| | § | |
| v. | § | TIME:  01:30 PM |
| | § | |
| CHARLES RANDALL TUCKER; and RANDY W. WILLIAMS, Trustee | § | |
| | § | |
|     Respondents | § | JUDGE EDUARDO V. RODRIGUEZ |

### DEFAULT/UNOPPOSED/UNCONTESTED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
**(This Order resolves Docket # )**

    LAKEVIEW LOAN SERVICING, LLC ("Movant") filed a motion for relief from the automatic stay against

    4812 LORCA LANE
    LEAGUE CITY, TX  77573

    LOT SEVENTEEN (17), IN BLOCK ONE (1), OF FINAL PLAT MAR BELLA, SECTION 16-A, A SUBDIVISION IN GALVESTON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN PLAT RECORD 2014A, MAP NUMBERS 122 AND 123 OF THE MAP RECORDS OF GALVESTON COUNTY, TEXAS.

(the "Property").  Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.  As certified by Movant's counsel, there is no effective opposition to the requested relief.  Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or eviction with respect to the Property.

Signed: April 04, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 7 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION.  IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, (EXCLUDING INTERMEDIATE WEEKENDS AND HOLIDAYS), MOVANT NEED NOT ATTEND THE HEARING.  THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

**Counsel's Certification:**
Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on March 08, 2019.  I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification.  Any trustee response that has been filed reflects an absence of opposition.  Additionally, I certify that (i) no response has been filed by the debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

/s/ MITCHELL BUCHMAN                              04/03/2019
MITCHELL BUCHMAN                                  Date
TX NO. 03290750
S.D. TX NO. 6328
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail:  SDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT